Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Email: scott@donigerlawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED FABRICS INTERNATIONAL,
INC., a California Corporation,

Plaintiff,

vs.

LUCKY KIM INTERNATIONAL, INC., a
California Corporation; COME COMO
CORP., a California Corporation; MACY'S,
INC., an Ohio Corporation; CHARLOTTE
RUSSE, INC., a California Corporation;
A.R.B., INC., a New York Corporation;
ROYAL PRINTEX, INC., a California
Corporation; and DOES 1 through 10,

Defendants.

Case No.: CV10 2433 CBM (FFMx)

**PLAINTIFF'S COMPLAINT FOR:**

1. COPYRIGHT
   INFRINGEMENT;

2. VICARIOUS AND/OR
   CONTRIBUTORY COPYRIGHT
   INFRINGEMENT; and

3. BREACH OF CONTRACT.

Jury Trial Demanded

Plaintiff United Fabrics International, Inc. ("Plaintiff" or "United Fabrics"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief and remedy based on the following:

## INTRODUCTION

Plaintiff is a Los Angeles-based textile converter which deals in imported and domestic fabrics. As part of its business, Plaintiff creates, or purchases the exclusive

rights to, two-dimensional works of art. Plaintiff utilizes these works of art to create textile patterns and designs, and has the exclusive right to sell fabric with its designs to its customers. No other party is authorized to make sales of product bearing Plaintiff's proprietary designs without express permission from Plaintiff. This action is brought to recover damages for the unauthorized reproduction of one of Plaintiff's proprietary designs by the Defendants, and each of them.

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and § 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. United Fabrics is a corporation organized and existing under the laws of the State of California with its principal place of business located at 1723 South Central Avenue, Los Angeles, California 90021.

5. United Fabrics is informed and believes and thereon alleges that Defendant MACY'S, INC. ("MACY'S") is a corporation organized and existing under the laws of the State of Ohio with its principal place of business at 7 West Seventh Street, Cincinnati, Ohio 45202, and doing business in and with the state of California.

6. United Fabrics is informed and believes and thereon alleges that Defendant CHARLOTTE RUSSE, INC. ("CHARLOTTE RUSSE") is a corporation organized and existing under the laws of the State of California with its principal place of

business at 4645 Morena Boulevard, San Diego, California 92117, and doing
business in and with the state of California.

7. United Fabrics is informed and believes and thereon alleges that Defendant
A.R.B., INC. ("ARB") is a corporation organized and existing under the laws of the
State of New York, and doing business in and with the state of California, with its
principal place of business at 270 West 38th Street, New York, New York, 10018.

8. United Fabrics is informed and believes and thereon alleges that Defendant
LUCKY KIM INTERNATIONAL, INC. ("LUCKY") is a corporation organized and
existing under the laws of the State of California, and doing business in and with the
state of California, with its principal place of business at 3477 South Main Street,
Los Angeles, California 90007.

9. Plaintiff is informed and believes and thereon alleges that Defendant
COME COMO CORP. ("COMO") is a California corporation existing under the
laws of the State of California with its principal place of business at 2501 South
Alameda Street, Suite A, Los Angeles, CA 90058.

10. Plaintiff is informed and believes and thereon alleges that Defendant
ROYAL PRINTEX, INC. ("PRINTEX") is a California corporation existing under
the laws of the State of California with its principal place of business in Los Angeles
County.

11. Plaintiff is informed and believes and thereon alleges that some of
Defendants DOES 1 through 3, inclusive, are manufacturers and/or vendors of
garments to Defendant, which DOE Defendants have manufactured and/or supplied
and are manufacturing and/or supplying garments comprised of fabric printed with
Plaintiff's copyrighted design(s) (as hereinafter defined) without Plaintiff's
knowledge or consent or have contributed to said infringement. The true names,
whether corporate, individual or otherwise of Defendants DOES 1-3, inclusive, are
presently unknown to Plaintiff, which therefore sues said Defendants by such

1  fictitious names and will seek leave to amend this complaint to show their true

2  names and capacities when same have been ascertained.

3      12. Defendants DOES 4 through 10, inclusive, are other parties not yet

4  identified who have infringed Plaintiff's copyrights, have contributed to the

5  infringement of Plaintiff's copyrights, or have engaged in one or more of the

6  wrongful practices alleged herein. The true names, whether corporate, individual or

7  otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff,

8  which therefore sues said Defendants by such fictitious names, and will seek leave to

9  amend this Complaint to show their true names and capacities when same have been

10  ascertained.

11      13. Plaintiff is informed and believes and thereon alleges that at all times

12  relevant hereto each of the Defendants was the agent, affiliate, officer, director,

13  manager, principal, alter-ego, and/or employee of the remaining Defendants and was

14  at all times acting within the scope of such agency, affiliation, alter-ego relationship

15  and/or employment; and actively participated in or subsequently ratified and

16  adopted, or both, each and all of the acts or conduct alleged, with full knowledge of

17  all the facts and circumstances, including, but not limited to, full knowledge of each

18  and every violation of Plaintiff's rights and the damages to Plaintiff proximately

19  caused thereby.

## CLAIMS RELATED TO DESIGN HAILEY

21      14. Prior to the acts complained of herein, Plaintiff purchased from a European

22  art studio all rights to a unique and independently-created two-dimensional work of

23  art ("Source Artwork"). A true and correct copy of this work of art is attached as

24  Exhibit 1. Using this source artwork, Plaintiff created a new and novel textile design

25  and began offering for sale product bearing this design to its customers. It allocated

26  this design the Internal Design Code E079/HAILEY ("Subject Design"). A true and

correct copy of the Subject Design is attached hereto as Exhibit 2. This artwork is, and at all relevant times was, owned in exclusivity by Plaintiff.

15. Prior to the acts complained of herein, Plaintiff applied for and received a United States Copyright Registration for the Source Artwork. A true and correct copy of this document, which reflects the allocation of registration code VAu 700-341 to the Source Artwork, is attached hereto as Exhibit 3.

16. Prior to the acts complained of herein, Plaintiff applied for and received a United States Copyright Registration for a group of designs that included the Subject Design. A true and correct copy of this document, which reflects the allocation of registration code VAu 714-548 to the group including the Subject Design, is attached hereto as Exhibit 4.

17. Plaintiff has applied for and received a United States Copyright Registration for the Subject Design individually. A true and correct copy of this document, which reflects the allocation of registration code VA 1-684-912 to the Subject Design, is attached hereto as Exhibit 5.

18. Subsequent to the issuance of the registrations for the Source Artwork, and the group that included the Subject Design, Plaintiff's investigation into the unlawful use of its proprietary designs revealed that CHARLOTTE RUSSE was purchasing, distributing and selling for profit, garments which infringed Plaintiff's rights in the Source Artwork and Subject Design. A true and correct copy of an exemplar of a garment sold by CHARLOTTE RUSSE in violation of Plaintiff's rights in the Source Artwork and Subject Design is attached hereto as Exhibit 6.

19. Subsequent to the issuance of the registrations for the Source Artwork, and the group that included the Subject Design, Plaintiff's investigation into the unlawful use of its proprietary designs revealed that MACYS was purchasing, distributing and selling for profit, garments which infringed Plaintiff's rights in the Source Artwork and the Subject Design. A true and correct copy of an exemplar of a garment sold by

MACYS in violation of Plaintiff's rights in the Source Artwork and the Subject Design is attached hereto as Exhibit 7.

20. Plaintiff's investigation further revealed that the garments referenced herein were supplied to CHARLOTTE RUSSE by COMO, a clothing vendor and importer who produced the goods under the "Charlotte Russe" label at CHARLOTTE RUSSE's instruction and direction and distributed them to CHARLOTTE RUSSE for sale. COMO received the fabric used to manufacture these garments from PRINTEX. These transactions were not authorized by Plaintiff, and violated Plaintiff's rights in the Source Artwork and Subject Design.

21. Plaintiff's investigation further revealed that the garments found at MACYS and referenced herein were supplied to MACYS by ARB, a clothing vendor. ARB received the fabric used to manufacture these garments from LUCKY KIM. These transactions were not authorized by Plaintiff, and violated Plaintiff's rights in the Source Artwork and the Subject Design.

22. Plaintiff served cease and desist demands on Defendants, and each, mandating that they cease their respective infringements of Plaintiff's intellectual property rights, and provide an accounting of their respective acts of infringement. Defendants refused to comply, and made additional sales of the product bearing the design alleged to be infringed in the demands. In fact, Plaintiff is informed and believes and thereon alleges that ARB and MACYS had manufactured, and then distributed and sold a second style of garment bearing a design that infringes Plaintiff's rights in the Source Artwork and the Subject Design. A true and correct copy of an image of this garment is attached as Exhibit 8.

23. Prior to the alleged infringement, Plaintiff had, using the Source Artwork, formatted the Subject Design for use on textiles, sampled the Subject Design to prospective customers and negotiated sales of fabric bearing the Subject Design.

24. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendants, and each of them, purchased, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical to, or substantially similar to, the Subject Design. Plaintiff is informed and believes that this conduct continued to occur subsequent to Defendants, and each of their, receipt of the aforementioned cease and desist demands.

25. The garments, as which garments were manufactured under the direction of the Defendants, and each of them. Plaintiff is informed and believes and thereon alleges that one or more of the named Defendants owns and/or otherwise controls these labels and caused garments under those labels to be manufactured.

26. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendants, and each of them, purchased, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical, or substantially similar to, either of the Subject Design. (hereinafter "Infringing Garments").

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

27. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs, inclusive, of this Complaint.

28. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Design by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to garments sold at retail or wholesale stores which are

1    comprised of authentic Plaintiff fabric; and (d) access to Plaintiff's fabric swatches,

2    strike-offs and samples.

3        29. Plaintiff is informed and believes and thereon alleges that one or more of

4    the Defendants manufactures garments and/or is a garment vendor. Plaintiff is

5    further informed and believes and thereon alleges that said Defendant(s) has an

6    ongoing business relationship with Defendant retailers, and each of them, and

7    supplied garments to said retailers, which garments infringed the Subject Design in

8    that said garments were composed of fabric which featured an unauthorized print

9    design that was identical or substantially similar to the Subject Design.

10       30. Plaintiff is informed and believes and thereon alleges that Defendants, and

11   each of them, infringed the rights granted by Plaintiff's three (3) copyright

12   registrations by creating, making and/or developing directly infringing and/or

13   derivative works from the Source Artwork and/or Subject Design and by producing,

14   distributing and/or selling infringing fabric and/or garments through a nationwide

15   network of retail stores and through on-line websites.

16       31. Due to Defendants' acts of infringement, Plaintiff has suffered substantial

17   damages to its business in an amount to be established at trial.

18       32. Due to Defendants' acts of infringement, Plaintiff has suffered general and

19   special damages in an amount to be established at trial.

20       33. Due to Defendants' acts of copyright infringement as alleged herein,

21   Defendants, and each of them, have obtained direct and indirect profits they would

22   not otherwise have realized but for their infringement of the Source Artwork and

23   Subject Design. As such, Plaintiff is entitled to disgorgement of Defendant's profits

24   directly and indirectly attributable to Defendant's infringement of the Source

25   Artwork and Subject Design in an amount to be established at trial.

26       34. Plaintiff is informed and believes and thereon alleges that Defendants, and

27   each of them, have continued to import, manufacture, cause to be manufactured

28

and/or sell infringing garments after Plaintiff demanded that they cease and desist from engaging in same. Therefore, Defendants' acts of copyright infringement as alleged above were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Further, Defendants', and each of their, willful and intentional misappropriation and/or infringement of Plaintiff's copyrighted Source Artwork and Subject Design renders Defendants, and each of them, liable for enhanced and statutory damages as described herein. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement - Against All Defendants, and Each)

35. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs, inclusive, of this Complaint.

36. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of garments featuring an illegal knock-off of the Source Artwork and/or Subject Design as alleged hereinabove.

37. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

38. By reason of the Defendants', and each of their, acts of contributory infringement as alleged above, Plaintiff has suffered and will continue to suffer

1 | substantial damages to its business in an amount to be established at trial, as well as
2 | additional general and special damages in an amount to be established at trial.

3 | 39. Due to Defendants' acts of copyright infringement as alleged herein,
4 | Defendants, and each of them, have obtained direct and indirect profits they would
5 | not otherwise have realized but for their infringement of the Source Artwork and
6 | Subject Design. As such, Plaintiff is entitled to disgorgement of Defendants' profits
7 | directly and indirectly attributable to Defendants' infringement of the Source
8 | Artwork and Subject Design, in an amount to be established at trial.

9 | 40. Plaintiff is informed and believes and thereon alleges that Defendants, and
10 | each of them, have continued to manufacture and/or sell Infringing Garments after
11 | Plaintiff demanded that they cease and desist from engaging in same. Therefore,
12 | Defendants' acts of copyright infringement as alleged above were, and continue to
13 | be, willful, intentional and malicious, subjecting Defendants, and each of them, to
14 | liability therefore, including statutory damages under Section 504(c)(2) of the
15 | Copyright Act in the sum of one hundred fifty thousand dollars ($150,000) per
16 | infringement. Further, Defendants', and each of their, willful and intentional
17 | misappropriation and/or infringement of Plaintiff's copyrighted Source Artwork and
18 | Subject Design renders Defendants, and each of them, liable for statutory damages
19 | as described herein. Within the time permitted by law, Plaintiff will make its election
20 | between actual damages and statutory damages.

## THIRD CLAIM FOR RELIEF

### (For Breach of Contract - Against COMO)

23 | 41. Plaintiff repeats, realleges and incorporates herein by reference as though
24 | fully set forth the allegations contained in the preceding paragraphs, inclusive, of this
25 | Complaint.

42. Defendant COMO entered into a written settlement agreement ("Agreement") with Plaintiff in regard to a settlement of the claims, as they relate to COMO, set forth in this action.

43. Plaintiff performed all duties as required by the Agreement; however, COMO has failed to comply with the Agreement by not making to Plaintiff certain payments called for by the Agreement. These payments have not been made despite demand for same by Plaintiff. This failure is a material breach of the Agreement, and has caused damage to Plaintiff.

44. The above breach by COMO was intentional, knowing and malicious, and has caused Plaintiff general and special damages in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

1. <u>With Respect to Each Claim for Relief</u>

   a. That Defendants, their agents and servants be enjoined from selling product, or otherwise engaging in acts, infringing Plaintiff's copyrights in the Subject Design and/or Source Artwork;

   b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

   c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

   d. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

   e. That Plaintiff be awarded pre-judgment interest as allowed by law;

f.   That Plaintiff be awarded the costs of this action; and

g.   That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: March 31, 2010

DONIGER / BURROUGHS

By: /S/ Scott A. Burroughs
Scott A. Burroughs, Esq.
Attorneys for Plaintiff

# EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
Reg. Work of the Visual Arts

**JUL 1 7 2006**

**VAu 700-341**

EFFECTIVE DATE OF REGISTRATION

**APR 04 2006**

Month    Day    Year

---

**RATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

2006 GEO-FLORAL COLLECTION I

**NATURE OF THIS WORK ▼** See Instructions

FABRIC DESIGN

**Previous or Alternative Titles ▼**

CEA0500837, CL00500304, CL00600242, CL00600250

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** CONTROMODA

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in **ITALY**

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2006
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.
Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNITED FABRICS INTERNATIONAL, INC.  ATTN: SHAR SIMANTOB
1723 S. CENTRAL AVENUE, LOS ANGELES  CA 90021

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT OF EXCLUSIVE RIGHTS

See instructions before completing this space.

APPLICATION RECEIVED
**APR 0 4 2006**
ONE DEPOSIT RECEIVED
**APR 0 4 2006**
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

UFI000041

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE | ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a  See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                **Account Number** ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB
1723 S. CENTRAL AVENUE, LOS ANGELES CA 90021

b

Area code and daytime telephone number   ( 213 ) 749-8200          Fax number   ( 213 ) 749-8300

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of UNITED FABRICS INT'L, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SHAR SIMANTOB                                    Date  MARCH 29, 2006

Handwritten signature (X) ▼

X

**8**

**9**

| Certificate will be mailed in window envelope to this address: | **Name** ▼ UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB |
| --- | --- |
| | **Number/Street/Apt** ▼ 1723 S. CENTRAL AVENUE |
| | **City/State/ZIP** ▼ LOS ANGELES CA 90021 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ☺ Printed on recycled paper                 U.S. Government Printing Office: 2003-496-605/60,029

UFI000042

# EXHIBIT 4

## Certificate of Registratio



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
**UNITED STATES COPYRIGHT OFFICE**

**OCT 2 3 2006**

**VAu 714-548**

**AUG 2 3 2006**
Month     Day     Year

---

**DATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
**2006 ETHNIC COLLECTION X**

**NATURE OF THIS WORK ▼** See instructions
**FABRIC DESIGN**

**Previous or Alternative Titles ▼**
L009, E083, E979, 2092, B078, B080, B082, E081, L010, E077

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
**UFI**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in **UNITED STATES**

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☑ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a**

**Year in Which Creation of This Work Was Completed**
**2006**  Year   This information must be given in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information Month _____ Day _____ Year _____
ONLY if this work has been published.     Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB
1723 SOUTH CENTRAL AVENUE LOS ANGELES, CA 90021

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** AUG 2 3 2006
**ONE DEPOSIT RECEIVED** AUG 2 3 2006
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

UFI000009

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB
1723 SOUTH CENTRAL AVENUE LOS ANGELES, CA 90021

b

Area code and daytime telephone number   ( 213 ) 7498200          Fax number   ( 213 ) 7498300

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  UNITED FABRICS INT'L, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SHAR SIMANTOB          Date  AUGUST 15, 2006

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | Name ▼ UNITED FABRICS INTERNATIONAL, INC. ATTN: SHAR SIMANTOB | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 1723 SOUTH CENTRAL AVENUE | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ LOS ANGELES, CA 90021 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,028

UFI000010

# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

OCT 2 2 2009

**Registration Number:**

## VA 1-684-912

**Effective date of registration:**

October 12, 2009

---

## Title

**Title of Work:** 2006 ETHNIC COLLECTION XI

**Contents Titles:** E079-HAILEY

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 7, 2006     **Nation of 1st Publication:** United States

## Author

■     **Author:** UNITED FABRICS INTERNATIONAL, INC.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** UNITED FABRICS INTERNATIONAL, INC.

1723 SOUTH CENTRAL AVE., LOS ANGELES, CA, 90021, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork, 2006 GEO-FLORAL COLLECTION I CONTRO MODA DESIGN# CL00500304

**Previous registration and year:** VAu700-341     2006

**New material included in claim:** adaptaion of design and additional artistic work

## Rights and Permissions

**Organization Name:** UNITED FABRICS INTERNATIONAL, INC.

**Name:** SHAHARIAR SHAR SIMANTOB

**Email:** shar@unitedfabric.com     **Telephone:** 213-749-8200

**Address:** 1723 SOUTH CENTRAL AVE.

LOS ANGELES, CA 90021  United States

## Certification

**Name:** SHAHARIAR SHAR SIMANTOB
**Date:** October 12, 2009

# EXHIBIT 6



# EXHIBIT 7



# EXHIBIT 8



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV10- 2433 CBM (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Scott A. Burroughs, Esq. (SBN 235718)
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Telephone: 310-590-1820
Facsimile: 310-417-3538
Email: Scott@donigerLawFirm.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., a California Corporation, <br><br> PLAINTIFF(S) <br><br> v. | CASE NUMBER <br><br> CV10 2433 CBM(FFMx) |
| LUCKY KIM INTERNATIONAL, INC., a California Corporation; et al. <br> [See attached "Schedule A"] <br><br> DEFENDANT(S). | **SUMMONS** |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
Scott A. Burroughs, Esq._____, whose address is:

300 Corporate Pointe, Suite 355
Culver City, CA 90230
Telephone: 310-590-1820
Facsimile: 310-417-3538
Email: Scott@DonigerLawFirm.com

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: _____APR - 2 _____     By: _____

Deputy Clerk

*(Seal of the Court)*

SEAL

## *SCHEDULE A*

UNITED FABRICS INTERNATIONAL, INC., a California Corporation,

Plaintiff,

vs.

LUCKY KIM INTERNATIONAL, INC., a California Corporation; COME COMO CORP., a California Corporation; MACY'S, INC., an Ohio Corporation; CHARLOTTE RUSSE, INC., a California Corporation; A.R.B., INC., a New York Corporation; ROYAL PRINTEX, INC., a California Corporation; and DOES 1 through 10,

Defendants.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>UNITED FABRICS INTERNATIONAL, INC. | **DEFENDANTS**<br>LUCKY KIM INTERNATIONAL, INC.; et al. |
| **(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):<br>Los Angeles County | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
| **(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Stephen M. Doniger, Esq. (SBN 179314)<br>Scott A. Burroughs, Esq. (SBN 235718)<br>300 Corporate Pointe, Suite 355<br>Culver City, CA 90230<br>Telephone: (310) 590-1820 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act, 17 U.S.C. § 101, action for infringement of Plaintiff's rights in certain two-dimensional works of art.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/ Other | Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?  ☐ No  ☒ Yes

If yes, list case number(s): CV-08-1085 JVS (AJWx)

CV10 2433

**FOR OFFICE USE ONLY:**  Case Number:

CV-71 (07/05)  **CIVIL COVER SHEET**  Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐ No  ☑ Yes

If yes, list case number(s): CV-08-1085 JVS (AJWx)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☑ A.  Arise from the same or closely related transactions, happenings, or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
UNITED FABRICS INTERNATIONAL, INC. - Los Angeles County

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
LUCKY KIM INTERNATIONAL, INC., Los Angeles; COME COMO CORP., a Los Angeles; MACY'S, INC.; CHARLOTTE RUSSE, INC., San Diego; A.R.B., INC., New York; ROYAL PRINTEX, INC., Los Angeles.

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
Los Angeles County

**X. SIGNATURE OF ATTORNEY (OR PRO PER):**  _____  Date  3/31/10

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |